**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CYNTHIA LYNN FARISS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1741 |
| v. | : | (JUDGE MANNION) |
| **NANCY A. BERRYHILL,** **Acting Commissioner** **of Social Security** | : : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Arbuckle, **(Doc. 14)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commission denying her claim for SSI benefits, **(Doc. 1)**, is **GRANTED**;

**(3)** this case is **REMANDED** to the Commission for further proceedings consistent with Judge Arbuckle's report; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 7, 2019**
17-1741-01-ORDER.wpd